IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 03-mj-07039-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN B. SHEPARD,

Defendant.

## ORDER

This matter arises on a letter from the defendant requesting that this file be expunged or sealed, which I construe as a motion to expunge or seal [Doc. # 9, filed 4/2/2010] (the "Motion").

IT IS ORDERED that the United States shall respond to the Motion on or before **April 12, 2010**. The defendant may reply on or before **April 19, 2010**. Any reply shall address the defendant's employment status and, particularly, whether the existence of the file has had any adverse impact on the offer of employment evidenced by the April 1, 2010, letter attached to the Motion [Doc. # 9-1, at p. 1].

Dated April 2, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge